IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES T. BUECHLER,<br>*Individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>CROWS NEST ASSOCIATES, L.L.C.<br>*doing business as* DELLIS RESTAURANT BAR & GRILL<br><br>and<br><br>JOHN DOE 1 thru 10,<br><br>*Defendants.* | *<br>*<br>*<br>*<br>*   Case No.: 1:10-cv-3102-JKB<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement. Crows Nest Associates, L.L.C. shall disseminate class relief to the Participating Claimants, Class Representative and Class Counsel as provided for in the Settlement Agreement.

DATED: Oct. 27, 2011

_____
The Honorable James K. Bredar
United States District Judge

1